IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS DONNACHIE | : | CIVIL ACTION |
| vs. | : | |
| VALENTINE & KEBARTAS, INC. | : | NO. 08-1350 |

### NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, DOUGLAS DONNACHIE, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

    BY: /s/ *Carol L. Vassallo*
        Carol L. Vassallo, Esquire
        Attorney for Plaintiff
        Attorney I.D. #45372
        Warren & Vullings, LLP
        1603 Rhawn Street
        Philadelphia, PA  19111
        215-745-9800